United States District Court
Southern District of Texas
**ENTERED**
August 19, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| MIDFIRST BANK, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-cv-02603 |
| § | |
| ABRAHAM JUNIOR MORRISON AS § | |
| THE LEGAL GUARDIAN FOR § | |
| MINOR SKM, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff MidFirst Bank ("Plaintiff") has filed a Motion for Attorneys' Fees. *See* Dkt. 23. No response has been filed to that motion. After reviewing the motion and the applicable law, I recommend that the motion be **GRANTED**. In my view, Plaintiff shall have and recover its attorneys' fees in the amount of **$7,015.28**. The attorneys' fees will not be a personal judgment against Defendant but solely recoverable as a further obligation owed under the Note and Security Instrument.

\*\*\*

The Clerk shall provide copies of this Memorandum and Recommendation to the respective parties, who have fourteen (14) days from receipt to file written objections pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002–13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

SIGNED this 19th day of August 2022.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE