Case 4:21-cv-02603   Document 26   Filed on 09/06/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIDFIRST BANK, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-cv-02603 |
| | § | |
| ABRAHAM JUNIOR MORRISON, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUMS AND RECOMMENDATIONS**

On July 12, 2022, Plaintiff MidFirst Bank's Motion for Summary Judgment (Dkt. 20) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 21. Judge Edison filed a Memorandum and Recommendation on July 18, 2022, recommending the motion be **GRANTED** as to Plaintiff's request for declaratory relief and **DENIED** without prejudice as to Plaintiff's request for attorney's fees. *See* Dkt. 22. On July 20, 2022, Plaintiff filed a Motion for Attorney's Fees. Dkt. 23. That motion was also referred over to Judge Edison. Dkt. 24. On August 19, 2022, Judge Edison filed a Memorandum and Recommendation, recommending that the Motion for Attorney's Fees be **GRANTED**. *See* Dkt. 25.

No objections have been filed to either Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendations for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendations (Dkts. 22, 25) are **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Summary Judgment (Dkt. 20) is **GRANTED** as to Plaintiff's request for declaratory relief.

(3) Plaintiff's Motion for Attorney's Fees (Dkt. 23) is **GRANTED**. Plaintiff shall have and recover its attorney's fees in the amount of $7,015.28. The attorney's fees will not be a personal judgment against Defendant, but solely recoverable as a further obligation owed under the Note and Security Instrument.

It is so **ORDERED**.

SIGNED and ENTERED this 6th day of September 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE